STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. AN-
THONY J. BULLOCK, PLAINTIFF IN ERROR.

Submitted May 28, 1926—Decided October 18, 1926.

On error to the Supreme Court, whose *per curiam* is printed
in 4 *N. J. Mis. R.* 195.

For the plaintiff in error, *James E. Hildreth* and *Henry
M. Hartmann.*

For the defendant in error, *William H. Campbell, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MIN-
TURN, BLACK, CAMPBELL, LLOYD, MCGLENNON, JJ.   7.

*For reversal*—WHITE, GARDNER, VAN BUSKIRK, KAYS,
HETFIELD, JJ.   5.